IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KIASI BATES, <br><br> *Plaintiff*, <br><br> v. <br><br> AD ASTRA RECOVERY SERVICES, INC., et al, <br><br> *Defendant*. | § § § § § § § § § § § § § § CASE NO. 2:23-CV-00556-RWS-RSP |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff Kiasi Bates and Defendant Midland Funding, LLC. (Dkt. No. 24.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 13th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE